UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

GERARDO CASTILLO,

Petitioner,

v.

LEGRAND, et al.,

Respondents.

Case No. 3:13-cv-00704-LRH-VPC

ORDER

Gerardo Castillo's counseled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is before the court on Castillo's motion to partially waive Local Rule IA 10-3(e) (ECF No. 51). Castillo asks the court to waive, for purposes of this action, the provision in Local Rule IA 10-3(e) that requires the cover page of each filed exhibit to include a description of the exhibit. *See* LR IA 10-3(e); *see also* LR IA 10-3(i). Castillo points out that Local Rule IA 1-4 provides that the court may waive any provision of the local rules, *sua sponte* or on a motion, if the interests of justice so require. *See* LR IA 1-4. Castillo states that adding descriptors to the cover pages of exhibits, which in this case now total almost 100, is unduly burdensome (ECF No. 51). Castillo states that he will still provide indexes of exhibits and exhibit cover sheets referencing each exhibit by number. *Id.*

In light of the number of exhibits in this habeas corpus action, the court finds that there is good cause for the requested waiver, and will grant the waiver for all parties.

The court further finds that there is good cause to grant petitioner's motion to file his presentence report under seal (ECF No. 49).

1

**IT IS THEREFORE ORDERED** that petitioner's motion to partially waive Local Rule IA 10-3(e) (ECF No. 51) is **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner's motion to file exhibit under seal (ECF No. 49) is **GRANTED**.

**IT IS FURTHER ORDERED** that respondents' motion for extension of time to file a response to the petition (ECF No. 52) IS **GRANTED** *nunc pro tunc*.

DATED this 13th day of October, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE