UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GERARDO CASTILLO,<br><br>　　　　　　Petitioner,<br>　v.<br>LEGRAND, et al.,<br><br>　　　　　　Respondents. | Case No. 3:13-cv-00704-LRH-VPC<br><br>ORDER |

This is petitioner Gerardo Castillo's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In light of the stipulation to stay proceedings,

**IT IS ORDERED** that respondents' motion to dismiss (ECF No. 54) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that petitioner's motion for leave to conduct discovery (ECF No. 59) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that respondents first, second, and third motions for extension of time to file a reply in support of the motion to dismiss (ECF Nos. 61, 62, 63) are all **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk shall administratively close this case.

DATED this 31st day of January, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE